# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ramdon Corp. <br><br> Plaintiff(s) <br><br> v. <br><br> Yama Electronics LLC et al. <br><br> Defendant(s) | Case No. C V 5:25-0243-SVK <br><br> ADR CERTIFICATION BY PARTIES AND COUNSEL |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California" (available at cand.uscourts.gov/adr).

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Date: 21-May-25 | 08:18 PDT    Signed: _Ryan Buttigieg_
                                        B584784E94334A1
                                        Party

Date: 5.21.25    Signed: _[signature]_
                         Attorney

*Form ADR-Cert rev. 11-2016*